IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHI HURSE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security | : | NO. 05-5483 |

## ORDER

**AND NOW**, this 19th day of May, 2006, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation (Doc. No. 14) are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**[1];

3. The Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **DENIED**;

4. The Commissioner's Motion for Summary Judgment (Doc. No. 11) is **GRANTED.**

5. **JUDGMENT** is entered in favor of the Commissioner and against Plaintiff.

BY THE COURT:
/s/ John R. Padova
_____
John R. Padova, J.

---

[1] Plaintiff's objections to the Magistrate Judge's Report and Recommendation present no new issues and arguments. The issues and arguments that have been set forth by such objections have been correctly and adequately addressed by the Magistrate Judge's Report and Recommendation which is now approved and adopted.